UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RONIT D. APPEL,                                                 :
:
                 Plaintiff,          :
:                    20-CV-6265 (JPC)
       -v-                                                  :
:                    ORDER
HON. ESTHER HAYUT et al.,                                 :
:
              Defendants.          :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 2, 2020, the Court issued an Order stating that it would set a briefing schedule for Defendants Dr. Kenneth Davis and Dr. David Reich's anticipated motion to vacate the defaults entered against them after their counsel, Erica Liu, was admitted to this District *pro hac vice*. (Dkt. 56.) The Court has now granted Ms. Liu's motion to appear *pro hac vice*. (Dkt. 59.) Accordingly, it is hereby ORDERED that Defendants Davis and Reich shall submit their motion to vacate by December 22, 2020, Plaintiff shall submit her opposition by January 5, 2021, and Defendants Davis and Reich shall submit their reply, if any, by January 12, 2021.

       SO ORDERED.

Dated: December 8, 2020
      New York, New York          _____
                           JOHN P. CRONAN
                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020