UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RONIT D. APPEL,                                                    :
                                                                   :
                                                                   :
                        Plaintiff,                                 :
                                                                   :    20-CV-6265 (JPC)
            -v-                                                    :
                                                                   :    ORDER
HON. ESTHER HAYUT et al.,                                          :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
JOHN P. CRONAN, United States District Judge:

On January 13, 2021, Plaintiff requested leave to file a sur-reply in support of her opposition to the motions to vacate the defaults entered against Defendants David Kazhdan, Dr. Kenneth Davis, and Dr. David Reich. (Dkt. 121.) In her request, Plaintiff states that she seeks to respond to what she alleges are new facts in the reply papers of Defendants Kazhdan, Davis, and Reich.

"Allowing parties to submit sur[-]replies is not a regular practice that courts follow, because such a procedure has the potential for placing a court in the position of refereeing an endless volley of briefs." *Kapiti v. Kelly*, No. 07 Civ. 3782 (RMB) (KNF), 2008 WL 754686, at *1 n. 1 (S.D.N.Y. Mar. 12, 2008) (internal quotation marks omitted). Moreover, in this case Plaintiff has already submitted numerous letters regarding what she contends are falsehoods in Defendants' motion papers. (*See, e.g.*, Dkts. 90, 119.) Accordingly, Plaintiff's request to submit a sur-reply is DENIED.

Additionally, the Court notes that while this case is still at the preliminary stages, as the parties continue to dispute basic issues such as service of process, there are currently 132 entries on the docket. Therefore, it is further ORDERED that no additional motions, including letter motions, may be made without leave of Court until further notice.

The Clerk of the Court is respectfully directed to terminate the motion pending at docket

number 121.

    SO ORDERED.

Dated: January 20, 2021
       New York, New York

                                          JOHN P. CRONAN
                                      United States District Judge