```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
RONIT D. APPEL,                                   :
                                                  :
                          Plaintiff,              :
                                                  :         20-CV-6265 (JPC)
            -v-                                   :
                                                  :              ORDER
HON. ESTHER HAYUT et al.,                         :
                                                  :
                          Defendants.             :
                                                  :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 8, 2021, Plaintiff moved for, and received, a Clerk's Certificate of Default against Defendant Alisa Rubin Peled (Dkts. 111, 112, 113), and on January 10, 2021, Plaintiff filed a motion for default judgment against Defendant Peled (Dkt. 117). The Court is now in receipt of a letter-motion from Defendant Peled seeking a pre-motion conference regarding her anticipated motions to set aside the default and to dismiss. (Dkt. 142.) The Court is also in receipt of a letter response from Plaintiff opposing Defendant Peled's request. (Dkt. 144.)

After reviewing the parties' submissions, the Court finds that a pre-motion conference is unnecessary. It is hereby ORDERED that Defendant Peled shall submit her motions by March 5, 2021; Plaintiff shall submit her oppositions by March 19, 2021; and Defendant Peled shall submit her replies, if any, by March 26, 2021. In the event that Defendant Peled would prefer to file a single motion regarding both her request to set aside the default and to dismiss, she may do so. In that case, Plaintiff and Defendant should file a single opposition and reply, respectively. The parties may request permission to file any oversized memoranda via letter-motion.

On November 24, 2020, the Court stated that it would set a briefing schedule for any default judgment motions once all Defendants had entered an appearance and/or a motion for default judgment has been filed as to those Defendants. (Dkt. 50.) The Court reaffirms that it will not set

a briefing schedule for any motions for default judgment at this time, and will instead resolve the numerous pending issues with service in this case.

The Clerk of the Court is respectfully directed to terminate the motion pending at document number 142.

SO ORDERED.

Dated: February 19, 2021
      New York, New York

                                      JOHN P. CRONAN
                                  United States District Judge