Ronit D. Appel, Esq.
322 West 78th Street
New York, NY 10024
347-387-6100
ronitappel@gmail.com

July 11, 2021

Hon. John P. Cronan, United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
**By e-mail to: CronanNYSDChambers@nysd.uscourts.gov**

Re:   *Ronit D. Appel v. Hon. Esther Hayut et al.*, **20-CV-6265 (JPC)**
      **Request to File Motion for Recusal Due to Severe Documented Corruption of Hon. John P. Cronan in This Action**

Dear Judge Cronan:

I am the plaintiff and counsel for the plaintiff in this action and an attorney admitted to practice law in Israel and New York. On August 10, 2020, I filed the instant action under the Torture Victim Protection Act of 1991. There is *overwhelming evidence* that Your Honor has colluded to cover-up the State of Israel's documented, ongoing terrorist activity. I accordingly request leave to file a motion for recusal so that I may present such evidence.

Here, I note that Your Honor has prevented me from, *inter alia*, exposing terrorist activity of the State of Israel by prohibiting me, by Order dated January 20, 2021 (Dkt. 134), from filing *any motions* in this action without leave of Court. The Court prevented me from obtaining such leave of court by also prohibiting me from filing *any letter-motions* without leave of court. A copy of the Court's Order is attached hereto as **Exhibit 1**. Notably, the Court's *grossly unconstitutional* January 20, 2021 Order, which violated my civil liberties and which was never lifted by the Court, was issued *hours* after I filed a letter requesting the immediate referral of the State of Israel and its actors to the U.S. Department of Justice for investigation and

Letter to Hon. John P. Cronan from Ronit D. Appel, Esq.
July 11, 2021
Page 2

prosecution for terrorism of the State of Israel and its actors on U.S. Soil and in Israel (Dkt. 133). Almost immediately after the filing of that letter, I was banned from filing any motions or letter-motions in this action.

I, a victim of heinous crimes, including attempted murder and torture, was unconstitutionally silenced and retaliated against, and my civil liberties were violated, by the Court itself, including in its June 30, 2021 Opinion and Order (Dkt. 175), which, among other things, grossly falsified the record in this action in a clear attempt to cover-up for the defendants in this action. Notably, I have been prevented by the Court from, among other things, seeking reconsideration or reargument, or an interlocutory appeal, of that Opinion and Order. Here, I note that last night, at approximately 10:35 p.m. on Riverside Drive and West 79th Street, I was *again* almost run over by a car in what clearly appeared to be a targeted attempt to run me over.

I have, among other rights, a constitutional right to life and a constitutional right to due process and other civil liberties. I accordingly request leave to file a motion for recusal in which I will present *overwhelming* evidence of this Court's corruption, which directly interferes with my right to life and my right to due process and other civil liberties, among other rights.

As a final matter, I note that today when I tried to access ECF, I received an error message and I was blocked from accessing ECF in any manner. *I am currently completely blocked from the SDNY e-filing system, including from downloading any prior filings in this action and from e-filing this letter.*

                                                  Respectfully submitted,

                                                  S/ Ronit D. Appel

                                                  Ronit D. Appel, Esq.