UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
RONIT D. APPEL,

                Plaintiff,                              1:20-cv-06265-JPC

             -against-                           **NOTICE OF MOTION
FOR THE IMMEDIATE**
HON. ESTHER HAYUT, YOSEF MEIR COHEN,        **RECUSAL OF HON.**
HON. YAEL ANTEBI-SHARON, MEIR AMIR COHEN,   **<u>JOHN P. CRONAN</u>**
DAVID KAZHDAN, ALISA RUBIN PELED,
DR. KENNETH DAVIS, and DR. DAVID REICH,

                Defendants.
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying declaration of Ronit D. Appel and Exhibits 1 to 13 thereto and the accompanying memorandum of law, plaintiff Ronit D. Appel requests, pursuant to the Administrative Order dated July 22, 2021 of Chief Judge Hon. Laura Taylor Swain attached as Exhibit 2 to the aforementioned declaration and 28 U.S.C. §455(a), b(4), and b(5)(iii), that Hon. John P. Cronan immediately issue an Order recusing himself from continuing to preside over this action.

Dated:  New York, New York
          July 26, 2021

                                                S/ Ronit D. Appel
                                                Ronit D. Appel, Esq. (RA 8950)
                                                322 West 78th Street
                                                New York, NY 10024
                                                (347) 387-6100
                                                ronitappel@gmail.com
                                                *Plaintiff and Attorney for Plaintiff*