UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| Ronit D. Appel,<br><br>  *Plaintiff*,<br><br>    -against-<br><br>Hon. Esther Hayut, Yosef Meir Cohen, Hon. Yael Antebi-Sharon, Meir Amir Cohen, David Kazhdan, Alisa Rubin Peled, Dr. Kenneth Davis, and Dr. David Reich,<br><br>  *Defendants* | NOTICE OF MOTION FOR SANCTIONS<br><br>Case No. 1:20-cv-06265 (JPC) |

  **PLEASE TAKE NOTICE** that upon defendant David Kazhdan's Memorandum of Law in Support of Rule 11 and other Sanctions, defendant David Kazhdan ("Kazhdan") will move this Court, before the Honorable John P. Cronan, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007 on a date and at a time to be designated by the Court, for appropriate sanctions, including reasonable expenses such as attorneys' fees.

  Dated:  Chevy Chase, Maryland
       August 3, 2021

    Daniel Kazhdan
    8506 Grubb Rd.,
    Chevy Chase, MD 20815
    (510) 418-0352
    kazhdan.daniel@gmail.com

By: */s/ Daniel Kazhdan*
Daniel Kazhdan
Counsel for Defendant David Kazhdan