**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

RONIT D. APPEL,

                                    Plaintiff,

                 -against-

HON. ESTER HAYUT et al.,

                                    Defendants.

-----------------------------------------------------------X

20 **CIVIL** 6265 (JPC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated August 3, 2021, and the Court's Opinion and

Order dated January 25, 2022, Plaintiff's motion for recusal is denied and her Complaint is

dismissed with prejudice as to Meir Amir Cohen, the last remaining Defendant in this case.

Kazhdan's motion for sanctions is denied; accordingly, the case is closed.

**Dated:**  New York, New York

         January 26, 2022

                                    **RUBY J. KRAJICK**

                                    _____
                                          **Clerk of Court**

                 **BY:**

                                    _____
                                          **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2022